Law Offices of Hausman & Sosa, LLP
20750 Ventura Boulevard, Suite 105
Woodland Hills, California 91364-6646
Telephone (818) 654-9000
Facsimile (818) 654-9050

FILED
CLERK, U.S. DISTRICT COURT
September 22, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAGENO and ANDRES AGUIRRE,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF JAMES McDONNELL, in his official capacity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO. 2:16-cv-3310 SJO (GJSx)**<br><br>**JUDGMENT**<br><br>**Date:**         **September 11, 2017**<br>**Time:**         **10:00 a.m.**<br>**Courtroom:**   **1**<br><br>*Assigned for All Purposes to the Honorable S. James Otero*<br><br>*Referred to Magistrate Gail J. Standish* |

    This action came on for hearing before the Court, on September 11, 2017, the Honorable S. James Otero, District Judge Presiding, on a Motion for Summary Judgment filed by the COUNTY OF LOS ANGELES and SHERIFF JAMES McDONNELL, in his official capacity, and against the Plaintiffs DANIEL MAGENO and ANDRES

AGUIRRE, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that the action be dismissed on the merits, and that Defendants recover their costs.

Dated: September 22, 2017

*S. James Otero*
_____
THE HONORABLE S. JAMES OTERO
JUDGE OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

2
JUDGMENT